E-filing      550

# COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

Name: MALONE TERRY
   (Last)   (First)   (Initial)

Prisoner Number: 1128681

Institutional Address: 300 Bradford St, Redwood City, CALIFORNIA

**FILED**
JUL 3 1 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Terry Malone
(Enter the full name of plaintiff in this action.)

vs.

Deputy HUTOON

In his Individual Capacity
(Enter the full name of the defendant(s) in this action)

Case No. C 07 3940
(To be provided by the clerk of court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Demand for Jury Trial

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.  **Exhaustion of Administrative Remedies**

   [**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

   A.  Place of present confinement _____

   B.  Is there a grievance procedure in this institution?
       YES (X)   NO ( )

   C.  Did you present the facts in your complaint for review through the grievance procedure?
       YES (X)   NO ( )

   D.  If your answer is YES, list the appeal number and the date and result of the appeal at

COMPLAINT                           - 1 -

each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal  # 1128681

2. First formal level

3. Second formal level

4. Third formal level

E. Is the last level to which you appealed the highest level of appeal available to you?

YES (X)     NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why.

II. Parties

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

Terry Malone
300 Bradford Street Redwood City,
California 94063

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

Deputy Hutson 300 Bradford Street.
Redwood City, California 94063

COMPLAINT                        - 2 -

III. Statement of Claim

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

ON 7-23-07 C/O HUTOON willfully and maliciously refuse To Allow Terry Malone the proscribed Treatment, a shower, Deputy Hutoon stated use the Sink in your cell or the pod sink. While acting Under Color of State Law. Plaintiff Now Suffers irreppeable Harm.

IV. Relief

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

Wherefore Plaintiff request 8500 dollars, duress, Compensatory Emotional Stess and Punitive damages. demand for Jury Trial

COMPLAINT                          - 3 -

1
2
3
4     I declare under penalty of perjury that the foregoing is true and correct.
5
6     Signed this _____ day of _____, 20____
7
8                                        _____
9                                              (Plaintiff's signature)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COMPLAINT                          - 4 -

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

INSTRUCTIONS FOR PRISONER'S
IN FORMA PAUPERIS APPLICATION

You must submit to the court a completed Prisoner's In Forma Pauperis Application if you are unable to pay the entire filing fee at the time you file your complaint or petition. Your application must include copies of the prisoner trust account statement showing transactions for the last six months and a certificate of funds in prisoner's account, signed by an authorized officer of the institution.

A.    Non-habeas Civil Actions

The filing fee for any civil action other than a habeas is $150.00. Even if you are granted leave to proceed in forma pauperis, you must still pay the full amount of the court's filing fee, but the fee will be paid in several installments. 28 U.S.C. § 1915.

You must pay an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to your account for the 6-month period immediately before the complaint was filed or (b) the average monthly balance in your account for the 6-month period immediately before the complaint was filed. The court will use the information provided on the certificate of funds and the trust account statement to determine the filing fee immediately due and will send instructions to you and the prison trust account office for payment if in forma pauperis status is granted.

After the initial partial filing fee is paid, your prison's trust account office will forward to the court each month 20 percent of the most recent month's income to your prison trust account, to the extent the account balance exceeds ten dollars ($10.00). Monthly payments will be required until the full filing fee is paid. If you have no funds over ten dollars ($10.00) in your account, you will not be required to pay part of the filing fee that month.

**If your application to proceed in forma pauperis is granted, you will be liable for the full $150.00 filing fee even if your civil action is dismissed. That means the court will continue to collect payments until the entire filing fee is paid. However, if you do not submit this completed application the action will be dismissed without prejudice and the filing fee will not be collected.**

B.    Habeas Actions

The filing fee for a habeas action is $5.00. If you are granted leave to proceed in forma pauperis you will not be required to pay any portion of this fee. If you are not granted leave to proceed in forma pauperis you must pay the fee in one payment and not in installments. **If you use a habeas form to file a non-habeas civil action, you will be required to pay the $150.00 filing fee applicable to all non-habeas civil actions.**

IFP APPLI.-PRISONER (Rev. 6/02)

# San Mateo County Jail Facilities
# Inmate Grievance Form

**Routing:** *Staff Only*
- ☐ Administration   ☐ Other
- ☐ Classification   _____
- ☐ Medical          _____
- ☐ Food Service

**Received:** *Staff Only*
Date 7/26/07
Time 7775
Facility MCF 5 1A9
Deputy PAULCA

**To:** *(Watch Commander)* _____   **Date** _____

**From:** *(Inmate's Name)* MALONE TERRY   **Id#** 1128687   **Cell** 5 EAST 17L

**Grievance** *(Please be specific: time, date, etc.)* ON 7-23-07 C/O HUTOON refuse To Allow Terry Malone the proscribed treatment a shower. Deputy HUTOON told use the sink in your cell or the pod sink.

**Inmate's Signature:** _____

*Note: After you have finished and signed this form, take your GOLD copy for your records.*

**Staff member's response:**

Signature: _____   Date: _____

**Supervisor's response:**

Signature: _____   Date: _____

**Watch Commander:**

Signature: _____   Date: _____

White: File    Yellow: Response to Inmate    Pink: Staff    Gold: Inmate's Copy

Exibit B

# MEMORANDUM

| TO: | FROM: Medical |
|---|---|
| NAME: Malone, Terry 112868 (Label) | POD: SE17 |
| | DATE: 7/23/7 |

( ) Please allow complete linen and clothing change **DAILY** for _____ days.   Therapy for: _____

(X) Please allow  Hot water from shower 3x day for 7 days

( ) Please allow extra blanket for _____ days.

( ) Please allow _____ hour lay-in, due to _____
( ) Please obtain from property _____
    ( ) Approved by Deputy: _____
    ( ) Per Request for Doctor/Nurse: _____
    ( ) Denied/Discontinued on _____

### Receipt of Inmate's Property Delivery

This is to document that on _____, _____
                            Date                         Personal Property
_____, was given to _____
                                                          Inmate Name & ID
by: _____.
    Staff Name/Signature

### Receipt of Receiving Personal Property

This is to document that I have received the _____
                                                         Property
in satisfactory condition.   _____
                                                       Inmate Signature and Date